MICHAEL J. KHOURI, ESQ. [SBN 97654]
Email: mkhouri@khourilaw.com
ANDREW B. GOODMAN, ESQ. [SBN 267972]
Email: agoodman@khourilaw.com
KHOURI LAW FIRM, APC
24012 Calle De La Plata, Suite 210
Laguna Hills, California 92653
Telephone: (949) 336-2433
Fax: (949) 387-0044

Attorneys for qui tam plaintiff JANE WINTER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JANE WINTER,<br><br>Plaintiff,<br><br>vs.<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC. D/B/A TRI-CITY REGIONAL MEDICAL CENTER, a California Corporation; ROLLINSNELSON LTC CORP., a California Corporation; S&W HEALTH MANAGEMENT SERVICES, INC., a California Corporation; VICKI ROLLINS, an individual; BILL NELSON, an individual; BERYL WEINER, an individual; PRODE PASCUAL, M.D., an individual; RAFAELITO VICTORIA, M.D., an individual; ARNOLD LING, M.D., an individual; CYNTHIA MILLER-DOBALIAN, M.D., an individual; EDGARDO BINOYA, M.D., an individual; NAMIKO NERIO, M.D., an individual; MANUEL SACAPANO, M.D., an individual,<br><br>Defendants. | Case No. 2:14-cv-08850-JFW-E<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Joint Stipulation submitted concurrently] |

For good cause shown, and in accordance with the concurrently submitted Joint Stipulation, the Court finds that:

1. On December 29, 2017, the Court granted Defendants' Motions to Dismiss, and dismissed Winter's Second Amended Complaint with prejudice, with the exception of a retaliation claim under 31 U.S.C. § 3730(h) against unserved defendant GARDENS REGIONAL MEDICAL CENTER, INC. ("Gardens Regional"). Document No. 149.

2. On January 30, 2018, Winter voluntarily dismissed her retaliation claim under 31 U.S.C. § 3730(h) against unserved defendant Gardens Regional. Document No. 161.

3. On February 7, 2018, the Court denied a Joint Motion for Attorneys' Fees by defendants RollinsNelson, Nelson, Rollins, Weiner, S&W, and Dr. Pascual. Document No. 163.

4. There are no more outstanding claims or motions currently before this Court on the above-captioned case.

Pursuant to Federal Rules of Civil Procedure, rule 58(a), (b)(2)(B), (d), and the parties' joint request, the Court hereby enters judgment in favor of defendants, such that all relief requested in Winter's Second Amended Complaint is denied. The Clerk shall enter judgment as described herein pursuant to Civil Local Rule 58-4.

**IT IS SO ORDERED.**

DATED: February 9, 2018

The Honorable John F. Walter
Judge, United States District Court