MICHAEL J. KHOURI, ESQ. [SBN 97654]
Email: mkhouri@khourilaw.com
BEHZAD VAHIDI, ESQ. [SBN 320067]
Email: bvahidi@khourilaw.com
KHOURI LAW FIRM, APC
2222 Martin, Suite 215
Irvine, California 92612
Telephone: (949) 336-2433
Facsimile: (949) 387-0044

Attorneys for qui tam plaintiff JANE WINTER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JANE WINTER,<br><br>Plaintiff,<br><br>vs.<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC. D/B/A TRI-CITY REGIONAL MEDICAL CENTER, a California Corporation; ROLLINSNELSON LTC CORP., a California Corporation; S&W HEALTH MANAGEMENT SERVICES, INC., a California Corporation; VICKI ROLLINS, an individual; BILL NELSON, an individual; BERYL WEINER, an individual; PRODE PASCUAL, M.D., an individual, RAFAELITO VICTORIA, M.D., an individual; ARNOLD LING, M.D., an individual; CYNTHIA MILLER-DOBALIAN, M.D., an individual; EDGARDO BINOYA, M.D., an individual; NAMIKO NERIO, M.D., an individual; MANUEL SACAPANO, M.D., an individual,<br><br>Defendants. | Case No. 2:14-cv-08850-JFW-E<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Judge: The Honorable John F. Walter<br><br>Complaint Filed: 11/14/2014<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Order dated September 14, 2021 (Dkt. No. 286), relator Jane Winter ("Winter"), together with defendants RollinsNelson LTC Corp., Vicki Rollins, and Bill Nelson ("RollinsNelson Defendants"), hereby submit the following Joint Report re Settlement:

In accordance with the Court's August 10, 2020 Order (Dkt. No. 193) and July 7, 2021 Order (Dkt. No. 233), the Parties engaged in private mediation before the Honorable S. James Otero (Ret.) at JAMS on September 10, 2021, and reached a settlement as to Winter's claims against the RollinsNelson Defendants, subject to the Government's approval. The Parties, by way of a Stipulation submitted on September 13, 2021, informed the Court of their settlement and requested that the Court stay the case pending Government approval of the settlement. (Dkt. No. 285). On September 14, 2021, the Court granted the Parties' Stipulation and issued an Order staying briefing on Defendants' motions for summary judgment, and vacating the hearing on Defendants' motions for summary judgment and jury trial set for December 7, 2021, pending Government Approval of the settlement. (Dkt. No. 286). All other defendants have been dismissed by the Court. (*See* Dkt. Nos. 280, 281, 282, 288).

Following multiple revisions—including those requested by the Government, counsel for Winter and RollinsNelson Defendants have prepared a proposed final settlement agreement containing all agreed upon terms and releases among the Parties. This proposed final settlement agreement has been submitted to the Government for final approval, which the Government has indicated may take up to sixty (60) days.

///
///
///

1   Accordingly, Winter and RollinsNelson Defendants respectfully request that
2   the Court schedule a Status Conference re Settlement or an OSC re Dismissal of
3   Settled Claims in approximately sixty (60) days, pending the Government's final
4   approval of settlement.

5   In accordance with Local Rule 5-4.3.4(a)(2)(i), counsel for Winter attests
6   that all other signatories listed below, on whose behalf this Status Report re
7   Settlement is jointly submitted, concur in the filing's content and have authorized
8   the filing.

Respectfully submitted,

DATED: October 25, 2021        KHOURI LAW FIRM, APC

By:    */s/ Michael J. Khouri*
       MICHAEL J. KHOURI
       Email: mkhouri@khourilaw.com
       BEHZAD VAHIDI
       Email: bvahidi@khourilaw.com
       *Attorneys for qui tam plaintiff*,
       JANE WINTER

DATED: October 25, 2021        SPERTUS, LANDES & UMHOFER, LLP

By:    */s/ J. Anthony King*
       MATTHEW D. UMHOFER
       Email: matthew@spertuslaw.com
       J. ANTHONY KING
       Email: anthony@spertuslaw.com
       *Attorneys for defendants*,
       ROLLINSNELSON LTC CORP.,
       VICKI ROLLINS, and BILL
       NELSON

**JOINT STATUS REPORT RE SETTLEMENT**