1  MICHAEL J. KHOURI, ESQ. [SBN 97654]
   Email:    mkhouri@khourilaw.com
2  BEHZAD VAHIDI, ESQ. [SBN 320067]
   Email:    bvahidi@khourilaw.com
3  KHOURI LAW FIRM, APC
   101 Pacifica, Suite 380
4  Irvine, California 92618
   Telephone:  (949) 336-2433
5  Facsimile:  (949) 387-0044

6
7  Attorneys for qui tam plaintiff JANE WINTER

8             UNITED STATES DISTRICT COURT
9     FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JANE WINTER,<br><br>Plaintiff,<br><br>vs.<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC. D/B/A TRI-CITY REGIONAL MEDICAL CENTER, a California Corporation; ROLLINSNELSON LTC CORP., a California Corporation; S&W HEALTH MANAGEMENT SERVICES, INC., a California Corporation; VICKI ROLLINS, an individual; BILL NELSON, an individual; BERYL WEINER, an individual; PRODE PASCUAL, M.D., an individual, RAFAELITO VICTORIA, M.D., an individual; ARNOLD LING, M.D., an individual; CYNTHIA MILLER-DOBALIAN, M.D., an individual; EDGARDO BINOYA, M.D., an individual; NAMIKO NERIO, M.D., an individual; MANUEL SACAPANO, M.D., an individual,<br><br>Defendants. | Case No. 2:14-cv-08850-JFW-E<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>[(Proposed) Order submitted concurrently]<br><br>Status Conference Date: 06/13/2022<br>Time: 11:00 a.m.<br>Place: Courtroom 7A<br>           350 W. 1st Street<br>           Los Angeles, CA 90012<br><br>Judge: The Honorable John F. Walter<br><br>Complaint Filed: 11/14/2014<br>Trial Date: None Set |

1

**JOINT STATUS REPORT RE SETTLEMENT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Text Entry Order on April 26, 2022 (Dkt. No. 297), relator Jane Winter ("Relator" or "Winter"), together with defendants RollinsNelson LTC Corp., Vicki Rollins, and Bill Nelson ("RollinsNelson Defendants"), hereby submit the following Joint Report re Settlement:

In accordance with the Court's August 10, 2020 Order (Dkt. No. 193) and July 7, 2021 Order (Dkt. No. 233), the Parties engaged in private mediation before the Honorable S. James Otero (Ret.) at JAMS on September 10, 2021, and reached a settlement as to Winter's claims against the RollinsNelson Defendants, subject to the Government's approval. The Parties, by way of a Stipulation submitted on September 13, 2021, informed the Court of their settlement and requested that the Court stay the case pending Government approval of the settlement. (Dkt. No. 285). On September 14, 2021, the Court granted the Parties' Stipulation and issued an Order staying briefing on Defendants' motions for summary judgment, and vacating the hearing on Defendants' motions for summary judgment and jury trial set for December 7, 2021, pending Government Approval of the settlement. (Dkt. No. 286). All other defendants who have appeared have been dismissed by the Court. (*See* Dkt. Nos. 280, 281, 282, 288).

Following multiple revisions, counsel for Winter and the RollinsNelson Defendants prepared a final settlement agreement, which was approved by the Government on January 11, 2022. The Parties executed the settlement agreement on January 13, 2022, and the RollinsNelson Defendants paid the settlement funds to the Government on or about January 20, 2022. Thus, the only remaining step to be completed before the Government and Relator jointly request a dismissal is the Government's remittance to Winter her share of the proceeds under 31 U.S.C. § 3730(d).

Based upon the Joint Reports submitted by the Parties on January 14, March 1, and April 25, 2022 (Dkt. Nos. 286, 294, 296), the Court has continued

the Status Conference three times to allow the Government additional time to process and remit Winter's share of the proceeds prior to dismissal of this action. (Dkt. Nos. 293, 295, 297.) The next Status Conference is currently scheduled for June 13, 2022. (Dkt. No. 297.)

On or about May 25, 2022, the Government informed Winter's counsel that (1) under the Government's new procedures, *qui tam* relators are now considered "vendors," which requires the establishment of a separate account; and (2) such an account has recently been established for Winter and the payment should be processed within the next two weeks. No payment has been received by Winter as of the date of this Joint Report.

Based on the foregoing, Winter and the RollinsNelson Defendants respectfully request that the Court continue the Status Conference re: Settlement currently set for June 13, 2022, by thirty (30) days so the Government may process the payment to Winter and the Parties may file all papers necessary to close this case and remove it from the Court's active docket.

In accordance with Local Rule 5-4.3.4(a)(2)(i), counsel for Winter attests that all other signatories listed below, on whose behalf this Status Report re: Settlement is jointly submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: June 1, 2022    KHOURI LAW FIRM, APC

By:   */s/ Behzad Vahidi*
MICHAEL J. KHOURI
Email: mkhouri@khourilaw.com
BEHZAD VAHIDI
Email: bvahidi@khourilaw.com
*Attorneys for qui tam plaintiff*,
JANE WINTER

DATED:  June 1, 2022

SPERTUS, LANDES & UMHOFER, LLP

By: */s/ J. Anthony King*
MATTHEW D. UMHOFER
Email: matthew@spertuslaw.com
J. ANTHONY KING
Email: anthony@spertuslaw.com
*Attorneys for defendants*,
ROLLINSNELSON LTC CORP.,
VICKI ROLLINS, and BILL NELSON

**JOINT STATUS REPORT RE SETTLEMENT**