JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JANE WINTER,<br><br>               Plaintiff,<br><br>vs.<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC. D/B/A TRI-CITY REGIONAL MEDICAL CENTER, a California Corporation; ROLLINSNELSON LTC CORP., a California Corporation; S&W HEALTH MANAGEMENT SERVICES, INC., a California Corporation; VICKI ROLLINS, an individual; BILL NELSON, an individual; BERYL WEINER, an individual; PRODE PASCUAL, M.D., an individual; RAFAELITO VICTORIA, M.D., an individual; ARNOLD LING, M.D., an individual; CYNTHIA MILLER-DOBALIAN, M.D., an individual; EDGARDO BINOYA, M.D., an individual; NAMIKO NERIO, M.D., an individual; MANUEL SACAPANO, M.D., an individual,<br><br>               Defendants. | Case No. 2:14-cv-08850-JFW-Ex<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS ROLLINSNELSON LTC CORP., VICKI ROLLINS, AND BILL NELSON** |

      Having reviewed the Stipulation of qui tam plaintiff and plaintiff JANE WINTER ("Winter"), and defendants ROLLINSNELSON LTC CORP., VICKI

ROLLINS, and BILL NELSON ("RollinsNelson Defendants"), to dismiss the RollinsNelson Defendants, with the consent of the United States by and through the United States Department of Justice (the "Government"), and FOR GOOD CAUSE SHOWN, the Court hereby ORDERS THAT:

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Winter's claims and the entire action as to the RollinsNelson Defendants, is hereby dismissed with prejudice;

2. With respect to claims asserted on behalf of the United States against the RollinsNelson Defendants, the dismissal is with prejudice as to the Covered Conduct, as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States;

3. With respect to claims asserted on behalf of the United States against all other defendants, the dismissal is without prejudice as to the United States; and

4. The Government, Winter, and all defendants shall each bear their own costs, expenses, and attorney's fees in connection with this action.

**IT IS SO ORDERED.**

Dated: June 21, 2022      By: _____
Hon. John F. Walter, Judge
United States District Court
Central District of California